JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL SIMON,<br><br>Petitioner,<br><br>v.<br><br>RALPH DIAZ, Warden,<br><br>Respondent. | Case No. ED CV 13-1792-BRO (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 6, 2015

_____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE